Benjamin M. Lopatin, Esq.
Cal. Bar No.: 281730
*lopatin@hwrlawoffice.com*
THE LAW OFFICES OF
HOWARD W. RUBINSTEIN, P.A.
One Embarcadero Center, Suite 500
San Francisco, CA 94111
(800) 436-6437
(415) 692-6607 (fax)

*Attorney for Plaintiff Ryan Barnes and the Proposed Class*

WILLIAM L. STERN (CA SBN 96105)
WStern@mofo.com
CLAUDIA M. VETESI (CA SBN 233485)
CVetesi@mofo.com
LISA A. WONGCHENKO (CA SBN 281782)
LWongchenko@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone: 415.268.7000
Facsimile: 415.268.7522

*Attorneys for Defendant CAMPBELL SOUP COMPANY*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| **RYAN BARNES,** as an individual, and on behalf of all others similarly situated,<br><br>    *Plaintiff,*<br><br>*vs.*<br><br>**CAMPBELL SOUP CO.** a New Jersey corporation,<br><br>    *Defendant.* | Civil No.: **12-cv-05185-JSW**<br>**Judge: Jeffrey S. White**<br><br>**CLASS ACTION**<br><br>**JOINT STIPULATION TO EXTEND DEADLINE FOR PLAINTIFF TO FILE FIRST AMENDED COMPLAINT**<br><br>**Complaint Filed: October 5, 2012** |

_____

**WHEREAS**, on December 10, 2012, Defendant filed a Motion to Dismiss [DE 12].

**WHEREAS**, pursuant to Federal Rule of Civil Procedure 15(a)(1)(B), Plaintiff has until January 3, 2013, to file an Amended Complaint.

**WHEREAS**, the parties have agreed to extend the deadline for Plaintiff to file a First Amended Complaint to January 17, 2013.

**THEREFORE, IT IS HEREBY STIPULATED THAT:**

Plaintiff shall have until January 17, 2013, to file his First Amended Complaint.

DATED: December 13, 2012            **Respectfully Submitted,**

                                    */s/* Benjamin M. Lopatin
                                    Benjamin M. Lopatin, Esq.

                                    *Attorney for Plaintiff Ryan C. Barnes*
                                    *and the Putative Class*

DATED:  December 13, 2012           /s/   William L. Stern
                                    William L. Stern, Esq.

                                    *Attorney for Defendant*
                                    *Campbell Soup Co.*