# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| **RYAN BARNES,** as an individual, and on behalf of all others similarly situated,<br><br>*Plaintiff,*<br><br>vs.<br><br>**CAMPBELL SOUP CO.** a New Jersey corporation,<br><br>*Defendant.* | Civil No.: **12-cv-05185-JSW**<br><br>**Judge: Jeffrey S. White**<br><br>**CLASS ACTION**<br><br>**[PROPOSED] ORDER GRANTING JOINT STIPULATION TO EXTEND DEADLINE FOR PLAINTIFF TO FILE FIRST AMENDED COMPLAINT**<br><br>Complaint Filed: October 5, 2012 |

Upon due consideration of the Joint Stipulation to Extend Deadline for Plaintiff to File First Amended Complaint ("Stipulation"), and for good cause shown, the Court hereby GRANTS the Stipulation.

**IT IS HEREBY ORDERED THAT** the Plaintiff shall have until January 17, 2013 to file his First Amended Complaint.

Dated: December 14, 2012

_____
The Honorable Judge Jeffrey S. White