1   WILLIAM L. STERN (CA SBN 96105)
    WStern@mofo.com
2   CLAUDIA M. VETESI (CA SBN 233485)
    CVetesi@mofo.com
3   LISA A. WONGCHENKO (CA SBN 281782)
    LWongchenko@mofo.com
4   MORRISON & FOERSTER LLP
    425 Market Street
5   San Francisco, California  94105-2482
    Telephone: 415.268.7000
6   Facsimile: 415.268.7522

7   Attorneys for Defendant
    CAMPBELL SOUP COMPANY

8

9

10                     UNITED STATES DISTRICT COURT

11                  NORTHERN DISTRICT OF CALIFORNIA

12                       SAN FRANCISCO DIVISION

13

| | |
|---|---|
| 14   RYAN BARNES, on behalf of himself and all others similarly situated,<br><br>15                     Plaintiff,<br><br>16        v.<br><br>17   CAMPBELL SOUP COMPANY,<br><br>18                     Defendant.<br>19<br>20<br>21 | Case No. CV12-05185-JSW<br><br>**CLASS ACTION**<br><br>**STIPULATION AND [~~PROPOSED~~] ORDER CONTINUING CASE MANAGEMENT CONFERENCE**<br><br>**[CIVIL L.R. 6-1]**<br><br><br>CMC: Feb. 1, 2013<br>Time:   1:30 p.m.<br>Judge: Hon. Jeffrey S. White<br>Action Filed:  October 5, 2012 |

22

23

24

25

26

27

28

STIPULATION CONTINUING CMC
CASE NO. CV12-05185-JSW
sf-3238212

1    Pursuant to Civil Local Rule 6-1, plaintiff Ryan Barnes, on behalf of himself and all

2  others similarly situated, and defendant Campbell Soup Company ("Campbell") through their

3  undersigned counsel, hereby stipulate as follows:

4    WHEREAS, this action was filed in this Court on October 5, 2012;

5    WHEREAS, the Court has scheduled the Case Management Conference for February 1,

6  2013 at 1:30 p.m.;

7    WHEREAS, Campbell submitted its Motion to Dismiss the Complaint on December 10,

8  2012, and Plaintiff has chosen to amend the complaint rather than respond to the motion to

9  dismiss;

10    WHEREAS, the Court has ordered that Plaintiff shall have until January 17, 2013 to file

11  his First Amended Complaint;

12    WHEREAS, the parties believe that this matter is not ready for an initial Case

13  Management Conference given that Plaintiff's First Amended Complaint has not been filed and

14  Defendant is unaware of the allegations at issue;

15    WHEREAS, for the convenience of the parties and this Court, the parties respectfully

16  request that the Case Management Conference should be continued to March 22, 2013, because,

17  until the pleadings are settled, it is premature to set dates for further proceedings;

18    IT IS HEREBY STIPULATED AND AGREED by the parties, through their counsel, that

19  pursuant to Local Rule 6-1(b), the Case Management Conference shall be continued to March 22,

20  2013.

21

22

23

24

25

26

27

28

STIPULATION CONTINUING CMC
CASE NO. CV12-05185-JSW
sf-3238212

1

1    Dated: January 11, 2013

2

3

WILLIAM L. STERN
CLAUDIA M. VETESI
LISA A. WONGCHENKO
MORRISON & FOERSTER LLP

4

By:  /s/ *William L. Stern*
          WILLIAM L. STERN

5

6

Attorneys for Defendant
CAMPBELL SOUP COMPANY

7

8    Dated: January 11, 2013

9

10

11

Benjamin M. Lopatin
THE LAW OFFICES OF HOWARD W.
RUBINSTEIN, P.A.
One Embarcadero Center, Suite 500
San Francisco, California 94111

12

By:  /s/ *Benjamin M. Lopatin*
          BENJAMIN M. LOPATIN

13

Attorney for Plaintiff

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

**ECF ATTESTATION**

2     I, William L. Stern, am the ECF User whose ID and password are being used to file the

3 following:  **STIPULATION AND [PROPOSED] ORDER CONTINUING CASE**

4 **MANAGEMENT CONFERENCE**.  In compliance with General Order 45, X.B., I hereby attest

5 that Benjamin M. Lopatin has concurred in this filing.

6

7 Dated: January 11, 2013

WILLIAM L. STERN
CLAUDIA M. VETESI
LISA A. WONGCHENKO
MORRISON & FOERSTER LLP

8

9

10

By:  /s/ *William L. Stern*
         WILLIAM L. STERN

11

12

13

14

15

16

**[~~PROPOSED~~] ORDER**

17

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: Jan 14 , 2013

18

19

20

_____
HONORABLE JEFFREY S. WHITE
United States District Court Judge

21

22

23

24

25

26

27

28

STIPULATION CONTINUING CMC
CASE NO. CV12-05185-JSW
sf-3238212

3