1
2
3
4
5
6
7
8

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| **RYAN BARNES,** as an individual, and on behalf of all others similarly situated, | Civil No.: 12-cv-05185-JSW |
| *Plaintiff,* | Judge: Jeffrey S. White |
| *vs.* | **CLASS ACTION** ~~[PROPOSED]~~ ORDER GRANTING ~~JOINT~~ STIPULATION TO EXTEND BRIEFING DEADLINES AND CONTINUE CASE MANAGEMENT CONFERENCE IN PART AND DENYING IN PART |
| **CAMPBELL SOUP CO.** a New Jersey corporation, | |
| *Defendant.* | Complaint Filed: October 5, 2012 |

Upon due consideration of the Joint Stipulation to Extend Briefing Deadlines and Continue Case Management Conference ("Joint Stipulation"), and ~~for~~ in the absence of good cause shown, the Court hereby ~~GRANTS the~~ DENIES Joint Stipulation. re briefing.

**IT IS HEREBY ORDERED THAT:**

1. ~~Plaintiff shall have until March 15, 2013 to file his Opposition to Defendant's Motion to Dismiss Plaintiff's First Amended Complaint and associated documents;~~

2. ~~Defendant shall have until April 12, 2013 to file its Reply;~~

_____

3. The hearing for Defendant's Motion to Dismiss Plaintiff's First Amended Complaint is, April 26, 2013, ~~or is continued to _____, 2013~~.

4. The Case Management Conference shall be continued to May 24, 2013.

Dated: February 8, 2013    *Jeffrey S. White*
                           _____
                           The Honorable Judge Jeffrey S. White