1  WILLIAM L. STERN (CA SBN 96105)
   WStern@mofo.com
2  CLAUDIA M. VETESI (CA SBN 233485)
   CVetesi@mofo.com
3  LISA A. WONGCHENKO (CA SBN 281782)
   LWongchenko@mofo.com
4  MORRISON & FOERSTER LLP
   425 Market Street
5  San Francisco, California 94105-2482
   Telephone: 415.268.7000
6  Facsimile: 415.268.7522

7  Attorneys for Defendant
   CAMPBELL SOUP COMPANY
8
9
10                UNITED STATES DISTRICT COURT
11                NORTHERN DISTRICT OF CALIFORNIA
12                     SAN FRANCISCO DIVISION
13

| | |
|---|---|
| RYAN BARNES, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>CAMPBELL SOUP COMPANY,<br><br>Defendant. | Case No. CV12-05185-JSW<br><br>**CLASS ACTION**<br><br>**STIPULATION AND [PROPOSED] ORDER CONTINUING THE MEDIATION DEADLINE**<br><br>**[CIVIL L.R. 6-1]**<br><br>Judge: Hon. Jeffrey S. White<br>Action Filed: October 5, 2012 |

1  Pursuant to Civil Local Rule 6-1, plaintiff Ryan Barnes, on behalf of himself and all

2 others similarly situated, and defendant Campbell Soup Company ("Campbell") through their

3 undersigned counsel, hereby stipulate as follows:

4  WHEREAS, this action was filed in this Court on October 5, 2012;

5  WHEREAS, the parties filed a stipulation selecting mediation on January 11, 2013,

6 requesting 90 days from the date Defendant files a responsive pleading to hold the mediation, and

7 the Court approved the stipulation on January 14, 2013;

8  WHEREAS, upon reviewing the First Amended Complaint, Defendant chose to file a

9 motion to dismiss on January 17 rather than answer the complaint;

10  WHEREAS, Plaintiff decided to amend the complaint once again, and Defendant filed a

11 motion to dismiss the Second Amended Complaint (SAC) on April 15, 2013;

12  WHEREAS, the parties believe that this matter is not ready for mediation given that the

13 briefing on the motion to dismiss the SAC is not yet complete and the pleadings are not yet

14 settled;

15  WHEREAS, in the interest of efficiency the parties request that the Court extend the

16 deadline to hold the mediation to 90 days from the date the Court rules on Defendant's motion to

17 dismiss the SAC because any mediation will greatly benefit from having the pleadings settled;

18  IT IS HEREBY STIPULATED AND AGREED by the parties, through their counsel, that

19 pursuant to Local Rule 6-1(b), the deadline to hold the mediation session is 90 days from the date

20 the Court rules on the motion to dismiss the SAC.

21 Dated: April 29, 2013                    WILLIAM L. STERN
                                           CLAUDIA M. VETESI
22                                         LISA A. WONGCHENKO
                                           MORRISON & FOERSTER LLP
23

24                                         By: /s/ *William L. Stern*
                                                WILLIAM L. STERN
25
                                           Attorneys for Defendant
26                                         CAMPBELL SOUP COMPANY

27

28

STIPULATION CONTINUING MEDIATION
CASE NO. CV12-05185-JSW                                                                          1
sf-3279585

1  Dated: April 29, 2013

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Benjamin M. Lopatin
THE LAW OFFICES OF HOWARD W. RUBINSTEIN, P.A.
One Embarcadero Center, Suite 500
San Francisco, California 94111

By: /s/ *Benjamin M. Lopatin*
         BENJAMIN M. LOPATIN

Attorney for Plaintiff

**ECF ATTESTATION**

I, William L. Stern, am the ECF User whose ID and password are being used to file the following: **STIPULATION AND [PROPOSED] ORDER CONTINUING THE MEDIATION DEADLINE**. In compliance with General Order 45, X.B., I hereby attest that Benjamin M. Lopatin has concurred in this filing.

Dated: April 29, 2013

WILLIAM L. STERN
CLAUDIA M. VETESI
LISA A. WONGCHENKO
MORRISON & FOERSTER LLP

By: /s/ *William L. Stern*
      WILLIAM L. STERN

**[PROPOSED] ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: April 30, 2013

_____
HONORABLE JEFFREY S. WHITE
United States District Court Judge

STIPULATION CONTINUING MEDIATION
CASE NO. CV12-05185-JSW
sf-3279585

3