1  Gillian L. Wade (Cal. Bar No. 229124)
   *gwade@milsteinadelman.com*
2  Sara D. Avila (Cal. Bar No. 263213)
   *savila@milsteinadelman.com*
3  MILSTEIN ADELMAN, LLP
   2800 Donald Douglas Loop North
4  Santa Monica, CA 90405
   Telephone: (310) 396-9600
5

6  (Additional Counsel listed on signature page)

7  *Attorney for Plaintiff Guillermo Perez
8  and the Proposed Class*

9  William L. Stern (CA SBN 96105)
   *WStern@mofo.com*
10 Claudia M. Vetesi SBN 233485)
   *CVetesi@mofo.com*
11 Lisa A. Wongchenko (CA SBN 281782)
12 *LWongchenko@mofo.com*
   MORRISON & FOERSTER LLP
13 425 Market Street
14 San Francisco, California 94105-2482
   Telephone: (415) 268-7000
15 Facsimile:  (415) 268-7522

16
   *Attorneys for Defendant
17 CAMPBELL SOUP COMPANY*

18              **UNITED STATES DISTRICT COURT
19              NORTHERN DISTRICT OF CALIFORNIA
                   SAN FRANCISCO DIVISION**
20

| | |
|---|---|
| 21  RYAN BARNES, as an individual, and GUILLERMO PEREZ, as an individual and on behalf of all others similarly situated, | Civil No.: 12-cv-05185-JSW |
| 22 | Judge:  Jeffrey S. White |
| 23      *Plaintiff,* | CLASS ACTION |
| 24  vs. | **JOINT STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE; [PROPOSED] ORDER** |
| 25 | |
| 26  CAMPBELL SOUP CO. a New Jersey corporation, | Complaint Filed:  October 5, 2012 |
| 27      *Defendant.* | |
| 28 | |

STIPULATION AND [PROPOSED] ORDER CONTINUING
CASE MANAGEMENT CONFERENCE
Page 1 of 4

Plaintiff, Guillermo Perez ("Plaintiff"), and Defendant Campbell Soup, Co., ("Defendant" or "Campbell"), by and through their respective counsel of record, enter into the following stipulation, based upon the recitals below:

1. A Case Management Conference is set for May 24, 2013, with the Case Management Statement due May 17, 2013.

2. Counsel for the Plaintiff, Mr. Lopatin and Ms. Avila, will be out of the country on May 17, 2013.

3. A hearing on Defendant's Motion to Dismiss Plaintiff's Second Amended Complaint is set for July 19, 2013.

4. Plaintiff and Defendant agree that the Case Management Conference should be continued to a date set after July 19, 2013 in the interests of judicial economy and the preservation of resources.

**IT IS SO STIPULATED.**

DATED: <u>May 9, 2013</u>                    **Respectfully Submitted,**

By: */s/* Sara D. Avila
    Sara D. Avila, Esq.
    Gillian L. Wade, Esq.
    MILSTEIN ADELMAN, LLP

Benjamin M. Lopatin, Esq. (CA SBN 281730)
*lopatin@hwrlawoffice.com*
THE LAW OFFICES OF
HOWARD W. RUBINSTEIN, P.A.
One Embarcadero Center, Suite 500
San Francisco, CA 94111
Telephone: (800) 436-6437
Facsimile:  (415) 692-6607

*Attorneys for Plaintiff Guillermo Perez
and the Putative Class*

1  DATED:  May 9, 2013                    /s/   William L. Stern
2                                          William L. Stern
                                           Claudia M. Vetesi
3                                          Lisa A. Wongchenko
                                           MORRISON & FOERSTER LLP
4
5                                          *Attorneys for Defendant*
                                           *CAMPBELL SOUP COMPANY*
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

## ORDER

PURSUANT TO STIPULATION, and good cause appearing, the Court orders:

1) The Case Management Conference is continued until  August 30 , 2013.

2) The Case Management Statement shall be due  August 23 , 2013.

**IT IS SO ORDERED.**

Dated: May 10 , 2013

_____
The Honorable Jeffrey S. White
UNITED STATES DISTRICT COURT