IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

RYAN BARNES,

    Plaintiff,

v.

CAMPBELL SOUP COMPANY,

    Defendant.

                                                 /

No. C 12-05185 JSW

**ORDER VACATING HEARING**

Pursuant to Civil Local Rule 7-1(b), the Court finds that the motion to dismiss which has been noticed for hearing on Friday, July 19, 2013 at 9:00 a.m., is appropriate for decision without oral argument. Accordingly, the hearing date is hereby VACATED. The motion will be taken under submission and decided on the papers.

**IT IS SO ORDERED.**

Dated: July 11, 2013

                                                JEFFREY S. WHITE
                                                UNITED STATES DISTRICT JUDGE

Case3:12-cv-05185-JSW Document51 Filed07/11/13 Page2 of 2