IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RYAN BARNES and GUILLERMO PEREZ, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>CAMPBELL SOUP COMPANY,<br><br>Defendant.<br>_____/ | No. C 12-05185 JSW<br><br>**ORDER LIFTING STAY AND DIRECTING PARTIES TO FILE BRIEFING** |

By order dated July 25, 2013, the Court stayed this action for a period of six months and referred to the United States Food and Drug Administration ("FDA") for an administrative determination, the question whether and under what circumstances food products containing ingredients produced using bioengineered seed may or may not be labeled "Natural" or "All Natural."

The FDA has now responded to that referral. In light of that response, the Court HEREBY ORDERS as follows:

(1) the stay of this action is lifted;

(2) the parties are directed to file responsive briefs addressing the effect of the FDA's position, as stated in its response letter, on the course of this litigation. The responsive briefs shall not exceed 15 pages and shall be filed by no later

than February 14, 2014.  Each side shall be permitted to file a rebuttal of no more than 10 pages by February 21, 2014.

**IT IS SO ORDERED.**

Dated: January 24, 2014



JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

2