1
2
3
4
5
6
7
8                    IN THE UNITED STATES DISTRICT COURT
9
                   FOR THE NORTHERN DISTRICT OF CALIFORNIA
10
11   RYAN BARNES and GUILLERMO PEREZ,
     on behalf of themselves and all others similarly
12   situated,                                              No. C 12-05185 JSW
13              Plaintiffs,
14      v.                                          **ORDER LIFTING STAY AND
                                                    DIRECTING PARTIES TO FILE**
15   CAMPBELL SOUP COMPANY,                         **BRIEFING**
16              Defendant.
                                                    /
17

18          By order dated July 25, 2013, the Court stayed this action for a period of six months and

19   referred to the United States Food and Drug Administration ("FDA") for an administrative

20   determination, the question whether and under what circumstances food products containing

21   ingredients produced using bioengineered seed may or may not be labeled "Natural" or "All

22   Natural."

23          The FDA has now responded to that referral.  In light of that response, the Court

24   HEREBY ORDERS as follows:

25          (1)     the stay of this action is lifted;

26          (2)     the parties are directed to file responsive briefs addressing the effect of the

27                  FDA's position, as stated in its response letter, on the course of this litigation.

28                  The responsive briefs shall not exceed 15 pages and shall be filed by no later

**United States District Court**
For the Northern District of California

than February 14, 2014.  Each side shall be permitted to file a rebuttal of no more than 10 pages by February 21, 2014.

**IT IS SO ORDERED.**

Dated:   January 24, 2014



JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

United States District Court
For the Northern District of California

2