Benjamin M. Lopatin, Esq. (CA SBN 281730)
lopatin@hwrlawoffice.com
THE LAW OFFICES OF
HOWARD W. RUBINSTEIN, P.A.
One Embarcadero Center, Suite 500
San Francisco, CA 94111
Telephone: (800) 436-6437
Facsimile:  (415) 692-6607

*Attorney for Plaintiff Ryan Barnes
and the Proposed Class*

William L. Stern (CA SBN 96105)
WStern@mofo.com
Claudia M. Vetesi SBN 233485)
CVetesi@mofo.com
Lisa A. Wongchenko (CA SBN 281782)
LWongchenko@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone: (415) 268-7000
Facsimile:  (415) 268-7522

*Attorneys for Defendant
CAMPBELL SOUP COMPANY*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| RYAN BARNES, as an individual, GUILLERMO PEREZ, as an individual and on behalf of all others similarly situated, | Civil No.: 12-cv-05185-JSW |
| | Judge:  Jeffrey S. White |
| Plaintiff, | CLASS ACTION |
| vs. | **STIPULATION TO DISMISS ENTIRE ACTION PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE RULE 41(a)(ii)** |
| CAMPBELL SOUP CO. a New Jersey corporation, | |
| Defendant. | Complaint Filed:  October 5, 2012 |

By and through their respective counsel, Plaintiffs Ryan Barnes and Guillermo Perez ("Plaintiffs") and Defendant Campbell Soup Co. ("Defendant"/" Campbell"), being all parties to this action, hereby submit this joint stipulation pursuant to Federal Rule of Civil Procedure Rule 41(a)(ii) to dismiss this entire action with prejudice. Because no class has been certified in this action, court approval of this settlement is not required pursuant to Federal Rule of Civil Procedure Rule 23 (e). Accordingly, the Parties agree and stipulate that this action should be dismissed in its entirety with prejudice pursuant to Rule 41(a)(ii) and that each party shall bear its own fees and costs.

DATED: April 1, 2014    **Respectfully Submitted,**

By:    /s/ Benjamin M. Lopatin
Benjamin M. Lopatin, Esq.
THE LAW OFFICES OF
HOWARD W. RUBINSTEIN, P.A.

Gillian L. Wade (Cal. Bar No. 229124)
*gwade@milsteinadelman.com*
Sara D. Avila (Cal. Bar No. 263213)
*savila@milsteinadelman.com*
MILSTEIN ADELMAN, LLP
*Attorney for Plaintiff Ryan C. Barnes and the Putative Class*

DATED: April 1, 2014    /s/ William L. Stern
William L. Stern
Claudia M. Vetesi
Lisa A. Wongchenko
MORRISON & FOERSTER LLP

*Attorneys for Defendant*
*CAMPBELL SOUP COMPANY*